Joseph W. Rose, State Bar No. 232261
Mehran Tahoori, State Bar No. 283313
ROSE LAW, APC
11335 Gold Express Drive, Suite 135
Gold River, California 95670
Telephone:     (916) 273-1260
Facsimile:     (916) 290-0148
Email:         legalteam@joeroselaw.com

Attorneys for Defendants
STRONG AMERICAN CARPET CLEANING
TECHNOLOGY, LLC, d.b.a. Strong Industries
Corp, BRUSH AND CLEAN, LLC, RICHARD
BERTOSSA; and MARCUS AGATON WENDT


Sean M. Patrick, State Bar No. 287544
P.O. Box 2822
Rocklin, CA 95677
Telephone:     (916) 612-2574
Facsimile:     (916) 721-2727
Email:         sean@seanmpatricklaw.com

Attorney for Plaintiffs
STRONG CARPET CLEANING SYSTEMS, LLC,
KELLY LOVE, and MICHEAL PRICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRONG CARPET CLEANING SYSTEMS, LLC, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>STRONG AMERICAN DRY CARPET CLEANING TECHNOLOGY, LLC,<br>Et al.<br><br>    Defendants. | Case No. 2:16-cv-02857-KJM-KJN<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>CASE FILED: October 18, 2016<br><br>**Assigned for all purposes to**<br>**District Judge Kimberly J. Mueller** |

This stipulation is entered into by and between the undersigned counsel for Defendants STRONG AMERICAN CARPET CLEANING TECHNOLOGY, LLC, d.b.a. Strong Industries Corp

(erroneously sued as "STRONG INDUSTRIES, INC."), BRUSH AND CLEAN, LLC, RICHARD BERTOSSA, and MARCUS AGATON WENDT (herein "Defendants"), on the one hand, and counsel for Plaintiffs STRONG CARPET CLEANING SYSTEMS, LLC, KELLY LOVE, and MICHAEL PRICE (herein "Plaintiffs"), on the other hand, and is made with reference to the following facts:

## RECITALS

1. On October 18, 2016, Plaintiffs initiated this action in Sacramento County Superior Court.

2. On December 4, 2016, Defendants timely removed this action to federal district court under 28 U.S.C. § 1332(a), 28 U.S.C.A. § 1331, and 28 U.S.C. § 1441(a)-(c), serving notice upon the Sacramento County Superior Court and upon Plaintiffs of the removal.

3. Under Rule 81(c)(2)(C) and section 9 of the court's Standing Order issued December 5, 2016, Defendants' deadline to file their answer or present other defenses or objections is currently seven calendar days following removal, which is December 12, 2016.

4. As required by section 4 of the court's Standing Order issued December 5, 2016, Plaintiffs and Defendants are engaging in good faith meeting and conferring efforts regarding the allegation and theories in Plaintiffs' complaint with the mutual goal of avoiding or limiting in scope, if possible, motion practice before the court.

5. Based upon the availability of counsel through the upcoming holidays and to allow the good faith meeting and conferring process to continue and be exhausted, counsel for Plaintiffs and Defendants respectfully request the court extend the deadline for Defendants to file their answer or present other defenses or objections by an additional twenty-eight calendar days beyond the current deadline, which would make Defendants' answer or other responsive pleading due on or before January 9, 2017.

## STIPULATION

The undersigned counsel for Plaintiffs and Defendants stipulate and agree the deadline for all named defendants to answer, object, or otherwise respond to Plaintiffs' complaint be extended to January 9, 2017.

ROSE LAW, APC
11335 GOLD EXPRESS DRIVE, SUITE 135
GOLD RIVER, CALIFORNIA 95670

///

**IT IS SO STIPULATED.**

Dated:     December 6, 2016          ROSE LAW, APC


*/s/ Joseph W. Rose*
JOSEPH W. ROSE
Attorney for Defendants
STRONG AMERICAN CARPET CLEANING TECHNOLOGY, LLC, d.b.a. Strong Industries Corp, BRUSH AND CLEAN, LLC, RICHARD BERTOSSA; and MARCUS AGATON WENDT


Dated:     December 6, 2016


*/s/ Sean M. Patrick* (as authorized on 12/6/2016)
SEAN M. PATRICK
Attorney for Plaintiffs
STRONG CARPET CLEANING SYSTEMS, LLC, KELLY LOVE, and MICHEAL PRICE

**IT IS SO ORDERED.**

Dated:     December 8, 2016.

_____
UNITED STATES DISTRICT JUDGE